## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MICHAEL ETCHEGOINBERRY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 11-564 L |
| | ) |
| | ) Judge Marian Blank Horn |
| v. | ) |
| | ) *Electronically filed on* |
| THE UNITED STATES OF AMERICA, | ) *June 26, 2019* |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT AND MOTION FOR FURTHER STAY OF PROCEEDINGS

Plaintiffs and Defendant United States of America (the "Parties") respectfully submit this Twenty-seventh Joint Status Report regarding the progress of their settlement discussions.  For the reasons stated in this Joint Status Report, the Parties move that the stay of this matter be continued to and including September 27, 2019, and that the Parties file a further Joint Status Report on that date.

1.      On April 4, 2019, this Court issued a further stay of this case until June 26, 2019, a stay coordinated with the stay granted in *Westlands Water Dist. v. United States*, Case No. 2013-5069 (Fed. Cir.) ("*Westlands*").  *See* ECF No. 126; Apr. 16, 2019, Order, *Westlands* (ECF No. 69).

2.      As previously reported, the United States and Westlands Water District ("Westlands") reached a settlement regarding the management of drainage within Westlands' service area ("Settlement Agreement").  This Settlement Agreement would provide the means for resolving all pending claims in this case and in *Westlands,* and may affect the provision of drainage service under orders issued by the district court in *Firebaugh Canal Water Dist., et al. v. United States, et al.,* Case No. 88-cv-634-LJO (E.D. Cal.) ("*Firebaugh*").

1

3.    On September 16, 2015, the Federal Defendants in *Firebaugh* reported to the United States District Court for the Eastern District of California that the United States and Westlands executed the Settlement Agreement.  *See* Federal Defendants' Notice of Filing Settlement Agreement, Sept. 16, 2015, *Firebaugh* (ECF No. 1001).  The Settlement Agreement is attached to the Notice of Filing Settlement Agreement and identifies certain provisions of a proposed settlement of the *Etchegoinberry* case.  *See id.*  Implementation of the Settlement Agreement depended on the enactment of authorizing federal legislation.  Legislation authorizing the implementation of the Settlement Agreement was not enacted by January 15, 2017, which had been the deadline for legislative action under the Settlement Agreement.

The United States and Westlands executed an addendum to the Settlement Agreement, extending by one year, to January 15, 2018, the date by which the Settlement Agreement would become voidable by either party if authorizing legislation were not enacted into law.  Legislation authorizing the implementation of the Settlement Agreement was not enacted by January 15, 2018.  Nevertheless, neither the United States nor Westlands has voided the Settlement Agreement.

4.    Because Congress did not pass enabling legislation by the January 15, 2018, expiration of the *Firebaugh* stay, the United States filed a status report indicating that the Bureau of Reclamation ("Reclamation") is returning to implementation of the control schedule. A copy of the declaration the United States filed in *Firebaugh* in support of that status report was attached to the Parties' Twenty-first Joint Status Report (ECF No. 115).  A further status report and accompanying declaration were filed in *Firebaugh* on March 29, 2019, and are attached as Exhibit 1 to this Joint Status Report.  That report states that Reclamation is continuing the development of a comprehensive control schedule that will address in detail the expected project

activities associated with the implementation of drainage service for both Westlands and for districts situated in the San Luis Unit north of Westlands.  Ex. 1 at 5.

5.      Because of the developments stated above, the United States and Westlands moved to extend the stay of the *Westlands* action currently pending before the Federal Circuit. On April 16, 2019, the Federal Circuit continued the stay in *Westlands* until June 24, 2019.  Apr. 16, 2019, Order, *Westlands* (ECF No. 69).  On June 24, the *Westlands* parties filed a status report and unopposed motion to continue the stay in that case until September 23, 2019.  June 24, 2019, Status Report, *Westlands* (ECF No. 70).  The Federal Circuit has not yet acted on that motion.

6.      In sum, because Congress has not passed the enabling legislation called for in the Settlement Agreement, Reclamation has returned to implementing the control schedule. Consequently, the Parties and Westlands have been exploring and continue to actively explore ways by which they can attain the benefits of the Settlement Agreement, including the settlement of *Etchegoinberry*.

7.      For the foregoing reasons, the Parties respectfully request that this Court continue the stay of this case for 93 days (i.e., to and including September 27, 2019) so as to allow the Parties to continue to explore ways by which they can attain the benefits of the Settlement Agreement, including the settlement of *Etchegoinberry*.  The Parties propose that they file a Joint Status Report on those efforts and discussions on September 27, 2019.

Dated:  June 26, 2019

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environmental & Natural Resources Division

*/s/ Eric L. Klein*
Eric L. Klein
Gus B. Bauman
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 789-6000 / Fax: (202) 789-6190
Email: eklein@bdlaw.com
        gbauman@bdlaw.com

*/s/ Frank J. Singer*
FRANK J. SINGER
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 616-9409
Fax: (202) 305-0506
Email:  frank.singer@usdoj.gov

*Attorney for the United States*

KERSHAW, COOK & TALLEY PC

William A. Kershaw
Lyle W. Cook
401 Watt Avenue
Sacramento, CA 95864
Tel:  (916) 779-7000 / Fax:  (916) 721-2501
Email:  bill@kctlegal.com
        lyle@kctlegal.com

*Counsel for Plaintiffs*

# EXHIBIT 1

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

STEPHEN M. MACFARLANE (N.Y. 2456440, D.C. 439139)
Senior Attorney
Environment and Natural Resources Division
United States Department of Justice
501 I Street, Suite 9-700
Sacramento, California 95814
Tel: (916) 930-2204
Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT, | ) 1:88-cv-634-LJO/SKO<br>) 1:91-cv-048-LJO/SKO<br>) (Partially Consolidated) |
| Plaintiffs, | ) |
| v. | ) **FEDERAL DEFENDANTS'**<br>) **STATUS REPORT**<br>) **OF APRIL 1, 2019** |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, and | ) |
| WESTLANDS WATER DISTRICT, *et al.*, | ) |
| Defendants-in-Intervention. | ) |

Federal Defendants in the above-captioned case, through their undersigned attorneys, respectfully submit this Status Report of April 1, 2019, to provide the Court with a further report on the present status of actions by the Federal Defendants with regard to the provision of drainage service to the San Luis Unit ("SLU") of the Central Valley Project ("CVP").  On December 7, 2009, the Court (per Judge Wanger) signed a Scheduling Order that, among other things, directed the Federal Defendants to perform the actions "as the Bureau of Reclamation has proposed to perform them" summarized in Part I of the Parties' Supplemental Status Report of

November 18, 2009 (ECF 752). ECF 758.[1] The instant Status Report focuses on Federal Defendants' activities since October 1, 2018, with respect to those actions. In support of this Status Report, Federal Defendants submit the Declaration of Alicia Forsythe in Support of Federal Defendants' Status Report of April 1, 2019 ("Forsythe Declaration").

## I.    IMPLEMENTATION OF THE RECORD OF DECISION

As the record in this case reflects, Reclamation in 2009 commenced implementation of its Record of Decision, San Luis Drainage Feature Re-Evaluation (March 2007) ("2007 SLDFR ROD"), and has been implementing the 2007 SLDFR ROD in accordance with schedules and cost estimates contained in control schedules provided to the Court and the Parties. Implementation of the 2007 SLDFR ROD is subject to existing authorities and the existing appropriations ceilings under the San Luis Act, Pub. L. 86-488, 74 Stat. 156, and further subject to applicable law and the availability of funds appropriated by the Congress for this purpose and apportioned by the Office of Management and Budget. ECF 752 at 2-3. We have further explained that construction of any drainage service facilities within Westlands Water District ("Westlands"), including but not limited to the actions set forth in the control schedules, requires Westlands to repay construction costs and to pay operation and maintenance costs of such facilities. *Id.* at 3.

Federal Defendants provided a revised control schedule to the Court on November 4, 2011 (*see* ECF 946 at 2-3; ECF 921, 921-1 & Attach.) ("Revised Control Schedule").[2] This Revised Control Schedule provided a schedule for data-gathering, design, and construction, with associated cost estimates, for drainage facilities in a portion of the central sub-unit of Westlands

---

[1] Federal Defendants previously provided the Court with Status Reports dated April 1, 2010 (ECF 761), October 1, 2010 (ECF 812), April 1, 2011 (ECF 864), October 1, 2011 (ECF 912), April 1, 2012 (ECF 946), October 1, 2012 (ECF 962), April 1, 2013 (ECF 963), October 1, 2013 (ECF 967), April 1, 2014 (ECF 974), October 1, 2014 (ECF 980), April 1, 2015 (ECF 1000), October 1, 2015 (ECF 1005), April 1, 2016 (ECF 1011), October 1, 2016 (ECF 1012), April 1, 2017 (ECF 1025), October 1, 2017 (ECF 1026), April 1, 2018 (ECF 1033), and October 1, 2018 (ECF 1034) on their progress in performing those actions. In addition, Federal Defendants filed a Supplemental Status Report on January 19, 2018, following the expiration of the partial stay previously granted by this Court with regard to drainage activities in Westlands Water District (ECF 1027).

[2] The Federal Defendants' Status Report of April 1, 2012 summarizes the development of the Revised Control Schedule. *See* ECF 946 at 2-3.

1   and for a Demonstration Treatment Plant ("Demo-Plant") located in the northerly area of the

2   SLU and within the San Joaquin River Improvement Project ("SJRIP") situated in the Panoche

3   Drainage District ("Panoche DD"), in Firebaugh, California.  Following the expiration of the

4   partial stay on January 15, 2018, Federal Defendants submitted an updated Revised Control

5   Schedule ("2018 Revised Control Schedule") to the Court and the parties, as an attachment to the

6   Supplemental Declaration of Federico Barajas Re: Revised Control Schedule (ECF 1027-1)

7   ("Supplemental Barajas Declaration"), which accompanied Federal Defendants' Supplemental

8   Status Report (ECF 1027).  As Ms. Forsythe explains, the 2018 Revised Control Schedule

9   contains a description of major activities, together with revisions to schedule and estimated

10  annual funding requirements, for the implementation of Phase 1 of drainage service for

11  Westlands' central sub-unit.  Forsythe Decl. ¶ 7.  Implementation of activities under the 2018

12  Revised Control Schedule since October 1, 2018, are discussed below.

13      **A.      Westlands Settlement and the Drainage Agreement with
               San Luis Water District.**

14

15          On September 16, 2015, Federal Defendants notified the Court that the United States and

16  Westlands had executed a Settlement Agreement ("Westlands Settlement") over drainage within

17  Westlands' boundaries.  ECF 1001.  The Westlands Settlement requires the enactment of federal

18  authorizing legislation before it can be implemented.  Federal Defendants have summarized, in

19  prior status reports, the steps they and Westlands have taken to attempt to secure the enactment

20  of legislation authorizing implementation of this Settlement.  *See, e.g.*, ECF 1026 at 3 (Status

21  Report of Oct. 1, 2017); ECF 1033 at 3-4 (Status Report of Apr. 1, 2018); ECF 1034 at 3-4

22  (Status Report of Oct. 1, 2018).  A bill introduced in the House during the 115th Congress failed

23  to secure a floor vote, and no action was taken in the Senate regarding the Westlands Settlement.

24  ECF 1034 at 3.  No bill has been introduced in the 116th Congress to authorize the Westlands

25  Settlement.  Nevertheless, although the Westlands Settlement has by its own terms become

26  voidable, neither Westlands nor the United States have exercised their rights to void it.  In the

27  meantime, following the expiration of the partial stay on January 15, 2018, Reclamation has

28  resumed work on the implementation of drainage service within Westlands, as described in more

    detail below.

Federal Defendants have also previously reported on the negotiation of a separate drainage agreement with the San Luis Water District ("San Luis WD"), one of the districts situated in the SLU north of Westlands. See, e.g., ECF 1033 at 4-5. To summarize, on April 27, 2017, Reclamation signed an "Agreement between the United States and the San Luis Water District" ("San Luis WD Drainage Agreement"). Forsythe Decl. ¶ 5. Under the San Luis WD Drainage Agreement, San Luis WD would agree to support amendments to the San Luis Act of 1960 that, if enacted, would relieve the United States of its obligations under that statute to provide drainage service to San Luis WD, and would further agree to assume legal responsibility for the management of drainage within its boundaries, in exchange for certain consideration requiring approval by Congress. *Id.* On September 5, 2017, Reclamation awarded a $3 million financial assistance agreement to San Luis WD. The agreement includes funds for the following activities: (1) a Drainage Implementation Master Plan that would serve as a road map for San Luis WD to achieve the overall goal of nearly eliminating drainage water discharge from San Luis WD; (2) California Environmental Quality Act compliance for adoption by the district and National Environmental Policy Act compliance for Reclamation's review and finalization of the proposed Drainage Implementation Master Plan; and (3) final plans and specifications for the Kaljian Drainwater Reuse Project's Charleston Drainage District Ditch Improvements, which would provide the San Luis WD with the ability to capture and reuse drainwater from the Charleston Drainage District area. *Id.* ¶ 6. The agreement also includes the construction of a portion of the project that includes three pump stations and pipelines and re-grading approximately 2 miles of the drainage ditch. San Luis WD's implementation of actions under the financial assistance agreement are ongoing and expected to be completed by September 30, 2021. To date, San Luis WD has completed a Feasibility Analysis and Design Criteria Report, has commissioned a peer review of the 30% project design for construction activities, and has released a Request for Qualification to develop a Drainage Implementation Master Plan. *Id.* ¶ 6. In addition, Reclamation is working with San Luis WD on a new financial assistance agreement for up to $3.8 million to fund other drainage projects.

/////

**B.     Continued Implementation of the 2018 Revised Control Schedule.**

Since the submission of the 2018 Revised Control Schedule, Ms. Forsythe reports that Reclamation is implementing the following project activities.  First, Reclamation is collecting and analyzing data to verify and validate the original assumptions and conceptual plans presented in its 2008 Feasibility Study.  Specifically, Reclamation is reviewing and analyzing recent depth to groundwater information, current land use and ownership information, and updated existing facility information.  Forsythe Decl. ¶ 8(a).  This analysis will allow Reclamation to accurately update the original designs for drainage service in Westlands and improve project planning.  Reclamation anticipates completing this data review by mid-2019.  Once the data review is completed, Reclamation intends to continue with design and implementation of Phase 1 in the central sub-unit of Westlands.  *Id.*

Second, Reclamation is updating a previous draft of a repayment contract with Westlands to be shared with Westlands for evaluation and input.  Under Reclamation law, the construction, operation, and maintenance of agreed upon drainage service features requires repayment by Westlands.  *Id.* ¶ 8(b).  A critical step in negotiating a contract for the repayment of these expenses is the preparation of a Basis of Negotiation consistent with Reclamation Directives and Standards PEC 06-01.  *Id.*  The Basis of Negotiation being prepared by Reclamation's Mid-Pacific Region would request that the Commissioner delegate the authority to negotiate, sign, and administer the repayment contract to the Regional Director in the Mid-Pacific Region.  The Mid-Pacific Region anticipates sending the request for a Basis of Negotiation to the Reclamation Policy Office in April 2019.  The Reclamation Policy Office would then complete its review and transmit the Basis of Negotiation to the Commissioner's Office.

Third, Reclamation is continuing the development of a comprehensive control schedule that will address in detail the expected project activities associated with the implementation of drainage service for both Westlands and for the Northerly Area Districts.  Development has focused on identifying appropriate schedule activities associated with environmental compliance, land acquisition, design, procurement and construction, creating logical relationships between these activities, and identifying accurate activity durations. *Id.* ¶ 8(c).  Reclamation anticipates

submitting this comprehensive control schedule to the Court and the Parties through a

Supplemental Status Report later in 2019.  Reclamation anticipates that project activities will be

further refined as actual implementation within each sub-area proceeds.  As Ms. Forsythe

explains, Reclamation's ability to successfully implement the control schedule will be based on

the availability of appropriations from Congress. *Id.*

**C.**     **Implementation of the 2018 Revised Control Schedule in the
            Northerly Area.**

With regard to implementation of the 2018 Revised Control Schedule in the Northerly

Area Districts, Ms. Forsythe reports that Panoche DD operated the Demo-Plant to meet salt and

selenium removal performance requirements (98% salt removal and selenium removal to below

10 parts per billion) until the expiration on December 31, 2018 of a Cooperative Agreement

between Panoche DD and Reclamation (described in the Eighth Supplemental Declaration of

David Murillo in Support of Federal Defendants' Status Report of October 1, 2016).  ECF 1012-

2 ¶ 4(b).  Forsythe Decl. ¶ 9.  On January 1, 2019, Reclamation shut the Demo-Plant down to

make improvements to the waste handling processes as well as structural improvements at the

plant.  *Id.* ¶ 9(g).  Reclamation determined it would be more cost effective to make these

improvements while the plant is offline.  The Demo-Plant will be offline for up to a year. *Id.*

With regard to recent actions at the Demo-Plant prior to its being taken offline, Ms.

Forsythe reports on:

(1)     Improvements in nutrient quality control of the selenium biotreatment process

(used to remove selenium from drainage water) involving the use of a soy-based glycerin source,

instead of glycerin derived from animal and other plant-based raw materials.  Reclamation began

bioreactor feeding with soy-based glycerin on October 7, 2018 until the plant shutdown.  The

consistent quality of the soy-based nutrient source improved the already stable bioreactor

operation, with average effluent selenium concentrations below 5 parts per billion.  *Id.* ¶ 9(a).

(2)     Expansion of the ultrafiltration reverse osmosis pretreatment, which is used on

drainwater after selenium biotreatment, to remove particulates in the drainwater ("feed water").

Once selenium is reduced to concentrations below 5 parts per billion from drainwater through the

biotreatment process described above, the drainwater undergoes reverse osmosis pretreatment filtration to remove particulates in the drainwater. *Id*. ¶ 9(c). Reclamation has determined, based on test results, that membrane ultrafiltration is the appropriate technology to use at the Demo-Plant for pretreatment of drainwater in the reverse osmosis filtration process (as opposed to media filtration). The expansion ultrafiltration process equipment was installed at the Demo-Plant and became operational on October 28, 2018. *Id.* ¶ 9(b). Substantial completion testing for the Demo-Plant has been delayed, however, due to modifications to the plant's solids handling process and limitations in pumping capacity. Reclamation anticipates that substantial completion testing will occur after the scheduled 2019 construction retrofits are completed. *Id.* Prior to the shutdown of the Demo-Plant, the ultrafiltration pretreatment increased its recovery of input water from 89% to 97%. Based on additional testing, Reclamation determined that a 97% recovery is the maximum for this unit. *Id.* ¶ 9(c).

(3)    Once drainage water has gone through the ultrafiltration pretreatment, it then undergoes reverse osmosis treatment. There were three reverse osmosis units at the Demo-Plant: a sea water reverse osmosis unit; a brackish water reverse osmosis unit; and a pilot reverse osmosis unit. *Id.* ¶ 9(d). Reclamation's recent efforts have focused on the pilot reverse unit, which has now been decommissioned, but had been operated at up to 75% recovery of water that is put through this treatment, with a target, based on water quality modeling, of 78% recovery, meaning that 75% of the influent water is processed into clean "product water" from which 98% of the salt is removed and concentrated into a remaining 25% concentrate stream that did not pass through the membrane. *Id.*

(4)    The selenium biotreatment, ultrafiltration pretreatment, and reverse osmosis treatment together recover "product water" from drainage water, which can be reused for beneficial purposes. These processes also produce a waste stream. Some of these waste streams contain selenium and are segregated from waste streams that do not contain selenium. Reclamation has identified process piping to separate these waste streams and route the streams to locations best suited to receive selenium-containing or non-selenium containing waste. *Id.* ¶ 9(e). Reclamation is considering a retrofit of the waste handling process due to the accumulation

of solids in several waste handling tanks; a retrofit has been designed and a solicitation for proposals is expected to be posted by the summer of 2019. *Id.* ¶ 9(f).

## II. RECLAMATION SUPPORT FOR ADDITIONAL DRAINAGE PROJECTS

In addition to the activities summarized in Section I above, Reclamation has taken a series of drainage-related actions in continued support of the following projects:

### A. Activities Associated With the Grassland Bypass Project.

Federal Defendants have summarized in previous status reports Reclamation's activities in support of the Grassland Bypass Project ("GBP"), which uses a segment of the San Luis Drain to remove agricultural drainage from the Grassland Drainage Area under Waste Discharge Requirements ("WDR") established by the Regional Water Quality Control Board. Reclamation and the San Luis & Delta-Mendota Water Authority ("Authority") continue to implement the 2009 Agreement for the Continued Use of the San Luis Drain ("Third Use Agreement") that allows the Authority to operate the GBP through December 31, 2019. *Id.* ¶ 10(a). The primary goal of the GBP is to protect the Grasslands wetlands water supply channels from contamination from agricultural drain water and storm runoff originating in the Grasslands Drainage Area ("GDA"). *Id.* Reclamation continues to conduct the GBP environmental monitoring program to measure selenium and salts in the San Luis Drain, Mud Slough (north), Salt Slough, and the lower San Joaquin River to confirm that monthly load values specified in the Third Use Agreement and WDR continue to be met. The Third Use Agreement is set to expire on December 31, 2019 at which time agricultural drainage and storm water will no longer be permitted to be discharged into the San Luis Drain. The Grassland Area farmers are finalizing a project description and study under the California Environmental Quality Act for a Fourth Use Agreement, which will require Reclamation's review and approval, allowing for the continued use of the San Luis Drain for storm water runoff. *Id.*

### B. Activities Associated With the Westside Regional Drainage Plan.

Panoche DD continues to implement activities associated with the Westside Regional Drainage Plan and the SJRIP. The SJRIP allows agricultural drainwater from the GDA to be re-used to irrigate salt tolerant crops such as pistachios and salt tolerant forage grasses. Forsythe

Decl. ¶ 10(b)(i).  Between October and August of Water Year 2018, Panoche DD estimates that 30,319 acre-feet of drainage water was used to irrigate these salt tolerant crops at the SJRIP, thereby displacing 3,596 pounds of selenium and 202,427 tons of salt from Mud Slough and the San Joaquin River.  *Id.*

Ms. Forsythe reports that grant agreements with Panoche DD remain suspended as a result of a report of the California State Controller into Panoche Water District's accounting and administrative control systems and investigations by the Department of the Interior's Office of Inspector General, and the suspension remains in effect pending conclusion of the Inspector General's investigation.  *Id.* ¶ 10(b)(ii).   The suspension may affect further development of SJRIP infrastructure but should not affect current operations of the SJRIP, because Reclamation's grant agreements do not fund operations of the SJRIP.  *Id.*   In an effort to restore funding for further development and expansion of the SJRIP infrastructure, Reclamation is conferring with representatives of the Grasslands Drainage Area entities regarding options for the future management of drainage service for the Northerly Area Districts.  It is Reclamation's understanding that these entities are working towards the formation of a Joint Powers Authority under the California Government Code that would be representative of all or a substantial portion of the drainage entities in the Grasslands Drainage Area.  This new Joint Powers Authority would oversee current and future drainage activities in the area, including at the SJRIP.  Once formed, the Joint Powers Authority would need to apply for a financial assistance agreement for funding from Reclamation for current and future drainage construction actions.  Reclamation remains optimistic that such an authority will be created and the authority will apply for funding such that Reclamation can restart its funding of drainage construction activities in the Grasslands Drainage Area, including at the SJRIP.  *Id.* ¶ 10(b)(iii).

In July 2018, the Office of the Inspector General completed its audit of Reclamation's Cooperative Agreement with Panoche DD for the operations of the Demo-Plant.  The audit report identified $20,777 in unsupported costs and $193,814 in unallowable costs, for a total of $213,891 in questioned costs.  Reclamation has been working with the Office of the Inspector

General and Panoche DD to resolve the audit findings and expects to resolve these audit findings no later than September 2019. *Id*. ¶ 10(b)(iv).

Respectfully submitted this 29th day of March 2019, by:

OF COUNSEL:

SHELLY V. RANDEL
Attorney-Advisor
Office of the Solicitor
Department of the Interior
Washington, D.C.

AMY L. AUFDEMBERGE
Assistant Regional Solicitor
Pacific Southwest Region
Department of the Interior
Sacramento, California

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division


*/s/ Stephen M. Macfarlane*
STEPHEN M. MACFARLANE
Senior Attorney
Environment and Natural Resources Division
United States Department of Justice
501 I Street, Suite 9-700
Sacramento, California 95814
Tel: (916) 930-2204
Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

Attorneys for Federal Defendants

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on March 29, 2019, I electronically filed the "Federal Defendants'

3    Status Report of April 1, 2019," and the "Declaration of Alicia Forsythe in Support of Federal

4    Defendants' Status Report of April 1, 2019" with the Clerk of Court using the ECF system,

5    which automatically will send email notification to the attorneys of record.

6                                    /s/ Stephen M. Macfarlane

7                                    STEPHEN M. MACFARLANE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   JEAN E. WILLIAMS
    Deputy Assistant Attorney General
2   Environment and Natural Resources Division
3   United States Department of Justice

4   STEPHEN M. MACFARLANE (N.Y. 2456440, D.C. 439139)
    Senior Attorney
5   Environment and Natural Resources Division
6   United States Department of Justice
    501 "I" Street, Suite 9-700
7   Sacramento, CA  95814
    Telephone: (916) 930-2204
8   Fax: (916) 930-2210
9   Email: Stephen.Macfarlane@usdoj.gov

10  Attorneys for Federal Defendants

11              IN THE UNITED STATES DISTRICT COURT
12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13  FIREBAUGH CANAL WATER DISTRICT and        )   1:88-cv-00634-LJO/SKO
14  CENTRAL CALIFORNIA IRRIGATION DISTRICT,   )   1:91-cv-00048-LJO/SKO
                                              )   (Partially Consolidated)
15                        Plaintiffs,         )
    v.                                        )
16                                            )   **DECLARATION OF**
17  UNITED STATES OF AMERICA, *et al.*,       )   **ALICIA FORSYTHE IN**
                                              )   **SUPPORT OF**
18                        Defendants, and     )   **FEDERAL DEFENDANTS'**
                                              )   **STATUS REPORT OF**
19  WESTLANDS WATER DISTRICT, *et al.*,       )   **APRIL 1, 2019**
                                              )
20                                            )
                        Defendants-in-Intervention.  )
21  _____ )

22
23       I, Alicia Forsythe, declare as follows:

24       1.      I am the Deputy Regional Director of the Bureau of Reclamation's

25  ("Reclamation") Mid-Pacific Region, based in Sacramento, California.  In my official capacity

26  as Deputy Regional Director, I am charged with assisting the Regional Director in overseeing the

27  management of Reclamation's water projects in an area that encompasses the northern two-thirds

28  Declaration of Alicia Forsythe
    in Support of Federal Defendants'
    Status Report of April 1, 2019
    1:88-cv-00634-LJO-SKO
                                    1

1    of California, most of western Nevada, and part of southern Oregon.  I was appointed Deputy

2    Regional Director in February 2018 and provide direct oversight of the Klamath and Lahontan

3    Basin Area Offices, as well as supervising technical offices and programs within the region,

4    including the Construction Office and the Divisions of Environmental Affairs; Safety and

5    Emergency Management; Security; Design and Construction; Resources Management; and

6    Planning.  Prior to becoming Deputy Regional Director, I served as the Program Manager for the

7    San Joaquin River Restoration Program.  I began my Reclamation career in the Mid-Pacific

8    Region in 2009.  I have been the Mid-Pacific Region's lead negotiator and project manager for

9    San Luis drainage discussions since January 2016.  I am familiar with the actions undertaken by

10    Reclamation to provide drainage service to the San Luis Unit of the Central Valley Project.  I

11    make this declaration based upon my personal knowledge, and could and would so testify

12    competently if called to do so.

13            2.        In my prior declaration accompanying the United States' Status Report of

14    October 1, 2018 (ECF 1034-1), I advised the Court of Reclamation's actions associated with

15    implementation of drainage service in the San Luis Unit, including the implementation of the

16    2011 Revised Control Schedule and the 2018 Revised Control Schedule submitted on

17    January 19, 2018 (ECF 1027-1).  I now provide this further declaration to update the Court on

18    Reclamation's activities in the San Luis Unit since October 1, 2018.

19    I.      IMPLEMENTATION OF THE CONTROL SCHEDULE AND THE
        WESTLANDS SETTLEMENT
20

21            A.      The Westlands Settlement

22            3.        On January 10, 2017, the United States and the Westlands Water District

23    ("Westlands") executed an Addendum to the 2015 Westlands Settlement to extend by one year,

24    from January 15, 2017 to January 15, 2018, the date by which the Westlands Settlement would

25    become voidable if authorizing legislation were not enacted into law.  ECF 1013-2.  The United

26    States and Westlands have not sought another extension to the Westlands Settlement to extend

27

28    Declaration of Alicia Forsythe
      in Support of Federal Defendants'
      Status Report of April 1, 2019
      1:88-cv-00634-LJO-SKO

                                    2

1   the date by which the Settlement becomes voidable past January 15, 2018.  However, neither the

2   United States nor Westlands has taken action to void the Settlement.

3         4.     No bill has been introduced in the 116th Congress to authorize the 2015 Westlands

4   Settlement.

5         B.     <u>Agreement with San Luis Unit Water District</u>

6         5.     On April 25, 2017, Reclamation signed the "Agreement between the United

7   States and the San Luis Water District" ("San Luis WD Drainage Agreement").  Under the terms

8   of the San Luis WD Drainage Agreement, San Luis Water District ("San Luis WD") would agree

9   to support amendments to the San Luis Act of 1960, set forth in the San Luis WD Drainage

10   Agreement, that if enacted would relieve the United States of its obligations under the statute to

11   provide drainage service to San Luis WD, and would further agree to assume legal responsibility

12   for the management of drainage within its boundaries, in exchange for certain consideration

13   requiring approval by Congress.

14         6.     As previously reported to the Court (*see* ECF 1034-1 ¶¶ 6), Reclamation awarded

15   a $3 million dollar financial assistance agreement to San Luis WD on September 5, 2017 in

16   furtherance of implementation of the San Luis WD Drainage Agreement.  The agreement

17   includes funds for the following activities: (1)  a Drainage Implementation Master Plan that

18   would serve as a road map for San Luis WD to achieve the overall goal of nearly eliminating

19   drainage water discharge from San Luis WD;  (2) California Environmental Quality Act (CEQA)

20   compliance for adoption by the district and National Environmental Policy Act compliance for

21   Reclamation's review and finalization for proposed activities associated with the Drainage

22   Implementation Master Plan; and (3) final plans and specifications for the Kaljian Drainwater

23   Reuse Project's Charleston Drainage District Ditch Improvements, which would provide the San

24   Luis WD with the ability to capture and reuse drainwater from the Charleston Drainage District

25   area.  The agreement includes the construction of a portion of the project that includes three

26   pump stations and pipelines and re-grading approximately 2 miles of the drainage ditch.  The

27   efforts under the financial assistance agreement with San Luis WD are ongoing and expected to

28   Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

1   be completed by September 30, 2021.  To date, San Luis WD has completed a Feasibility

2   Analysis and Design Criteria Report, commissioned a peer review of the 30% design for

3   construction activities, and released a Request for Qualification to develop a Drainage

4   Implementation Master Plan.  In addition, Reclamation is currently working with San Luis WD

5   on a new financial assistance agreement for up to $3.8 million dollars to fund other drainage

6   projects.

7         C.      Continued Implementation of the 2018 Revised Control Schedule

8         7.      On January 15, 2018, the one-year extension of the partial stay of the partial

9   judgment and injunctive orders requiring Reclamation to implement drainage service within

10   Westlands expired.  In preparation for the expiration of the partial stay, Reclamation reviewed

11   and revised previous control schedules to update and plan for reinitiating drainage activities

12   within Westlands.  On January 19, 2018, Reclamation submitted to the Court the 2018 Revised

13   Control Schedule describing major activities, schedule, and estimated annual funding

14   requirements for the implementation of Phase 1 of drainage service for the Westlands central

15   sub-unit.  (ECF 1027-1).

16        8.      Since submission of the 2018 Revised Control Schedule, Reclamation has

17   continued with the following project activities:

18              a.      Re-scope Project Needs:  Reclamation, in collaboration with Westlands

19   and the districts situated in the San Luis Unit north of Westlands, San Luis Water District,

20   Panoche Water District, and Pacheco Water District (collectively the "Northerly Area Districts"),

21   is collecting and analyzing data to verify and validate the original assumptions and conceptual

22   plans presented in the 2008 Feasibility Study.  Additionally, significant actions have been funded

23   by Reclamation and implemented as part of the Westside Regional Drainage Plan during the past

24   10 years to reuse and reduce drainage discharges.  These funding and implementation activities

25   have been detailed in previous Status Reports.  Specific data that Reclamation continues to

26   analyze includes recent depth to groundwater information, current land use and ownership

27   information, and updated existing facility information.  This analysis will allow Reclamation to

28   Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

1   accurately update original designs to improve project planning.  At the conclusion of this

2   analysis, anticipated in mid-2019, Reclamation intends to continue with the design and

3   implementation of Phase 1 for Westlands Central.

4          b.    Westlands Water District Repayment Contract:  Under Reclamation law,

5   construction, operation, and maintenance of agreed upon drainage service features require

6   repayment by Westlands.  Reclamation is currently updating a previous draft of the repayment

7   contract to be shared with Westlands for evaluation and input.  The Mid-Pacific Region of

8   Reclamation is also preparing a request for a Basis of Negotiation consistent with Reclamation

9   Directives and Standards PEC 06-01, requesting that the Commissioner delegate the authority to

10   negotiate, sign and administer the repayment contract to the Regional Director in the Mid-Pacific

11   Region.  The Mid-Pacific Region anticipates sending the request for a Basis of Negotiation to the

12   Reclamation Policy Office in April 2019.  The Reclamation Policy Office completes its review

13   and then transmits the Basis of Negotiation to the Commissioner's Office.

14          c.    Comprehensive Control Schedule: Reclamation continues development of

15   a comprehensive control schedule to address in detail the expected project activities associated

16   with the implementation of drainage obligations for both Westlands and the Northerly Area

17   Districts and anticipates providing the schedule to the Court and the parties in a supplemental

18   status report in 2019.  Development has focused on identifying appropriate schedule activities

19   associated with environmental compliance, land acquisition, design, procurement and

20   construction, creating logical relationships between these activities, and identifying accurate

21   activity durations.  Reclamation's ability to successfully implement the control schedule will be

22   based on the availability of appropriations from Congress.

23       9.    Panoche Drainage District ("Panoche DD") operated the Demonstration

24   Treatment Plant ("Demo-Plant") until the expiration of a cooperative agreement (December 31,

25   2018) with Reclamation, to meet salt and selenium removal performance requirements (98% salt

26   removal and selenium removal to below 10 parts per billion) using funding provided under the

27   Cooperative Agreement described in the supplemental Declaration from David Murillo in the

28   Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

1   Status Report of October 1, 2016.  ECF 1012-2.  The plant started a shutdown and process

2   preservation procedures in early December 2018, which were finalized by December 31, 2018

3   corresponding to the expiration of the cooperative agreement.  Reclamation closed the Demo-

4   Plant to complete construction of waste handling process improvements along with other process

5   and structural improvements at the plant.  Recent and on-going actions at the Demo-Plant

6   include:

7          a.      Nutrient quality control improvements to optimize performance and

8   stability of the selenium biotreatment process:  Glycerin nutrient is used for the selenium

9   bioreactor.  This nutrient material is a byproduct of biofuel production and can include animal-

10  and/or plant-based raw materials for formulation.  Experience at the Demo-Plant shows that the

11  formulations lacked consistency from batch to batch.  Although there were no long term (greater

12  than 3 day) system upsets, adding a minute quantity of chlorine prior to the bioreactor was

13  required to disinfect potential fungal and bacterial impurities being introduced to the bioreactor

14  from the nutrient source.  A soy-based glycerin source was procured and fed the bioreactor

15  starting on October 7, 2018 until shutdown.  The consistent quality of the soy based nutrient

16  source improved already stable bioreactor operation, with average effluent selenium

17  concentrations below 5 parts per billion.

18         b.      Expansion of the ultrafiltration system to replace the media filter:  Once

19  selenium is reduced to concentrations below 5 parts per billion from drainwater through the

20  biotreatment process described above, the drainwater undergoes reverse osmosis pretreatment

21  filtration to remove particulates in the feed water.  The original treatment design of the Demo-

22  Plant tested two different reverse osmosis pretreatment filtration processes – membrane

23  ultrafiltration and media filtration – to be operated and compared to determine the most

24  successful system.  Based on test results, Reclamation determined that membrane ultrafiltration

25  is the best system for the conditions at the Demo-Plant.  The expansion ultrafiltration process

26  equipment has been installed and became operational on October 28, 2018.  Substantial

27  completion testing for the Demo-Plant was scheduled to commence immediately following final

28  Declaration of Alicia Forsythe
    in Support of Federal Defendants'
    Status Report of April 1, 2019
    1:88-cv-00634-LJO-SKO

1   commissioning of the ultrafiltration system. However, due to plant modifications in the solids

2   handling process and limitations in pumping capacity, it was determined that substantial

3   completion testing would occur after the scheduled 2019 construction retrofits were completed

4   that addressed these issues.

5          c.      Optimization of product water recovery from ultrafiltration pretreatment:

6   As identified above, ultrafiltration is a membrane process that is used to pretreat the drainwater

7   prior to the reverse osmosis process through the removal of particles.  The percent of input water

8   recovered from the ultrafiltration pretreatment increased from 89% to 97%, and stably operated

9   at 97% recovery.  Additional testing for ultrafiltration recovery up to 98% was performed but

10  operation was deemed unsustainable at this recovery, therefore 97% recovery was deemed the

11  maximum possible recovery for the unit.

12         d.      Optimization of product water recovery from the reverse osmosis systems:

13  There were three reverse osmosis units at the Demo-Plant (a sea water reverse osmosis unit, a

14  brackish water reverse osmosis unit, and a pilot reverse osmosis unit; note that the pilot unit has

15  been decommissioned) operating in parallel being fed by the ultrafiltration effluent that is the

16  result of pretreatment described in subparagraph (b) and (c) above.   The pilot reverse osmosis

17  unit was operated at up to 75% recovery of influent water, slightly below the maximum input

18  water recovery of 78% as predicted by water quality computer modeling.  When operating at

19  75% recovery, 75% of the influent water is processed into clean product water, in which greater

20  than 98% of the salt is removed (rejected) and concentrated into the 25% concentrate stream that

21  does not pass through the membrane.  The two demonstration-scale reverse osmosis processes at

22  the Demo-Plant were tested up to 70% recovery of input water without scale formation, where

23  greater recoveries were not possible due to the process equipment limitations (*e.g.*, high pressure

24  pumping capacity and reverse osmosis design).  The Demo-Plant was designed with reverse

25  osmosis recovery of influent water to be 50%, and additional recovery of water (*i.e.*, 70% or

26  greater) was not anticipated in the original design and will necessitate retrofits to the plant to

27  handle additional pumping and flow capacity through the process.  With regard to the removal of

28  Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

1   selenium, selenium does not pass into the clean product water stream using the reverse osmosis

2   process, instead concentrating in the concentrate water stream that remains after reverse osmosis

3   treatment.  This concentrate water stream was intended to be sent to evaporation ponds.

4   Reclamation intended to test nanofiltration membranes at the pilot scale, but due to supply

5   issues, only bench scale testing was conducted.  Nanofiltration is a looser membrane as

6   compared to a reverse osmosis membrane and allows for selective passage of salts.  Greater than

7   96% of the selenium was removed by the nanofiltration membrane at the bench scale tests and up

8   to 93% of input water was recovered as predicted by water quality modeling.  Additional

9   nanofiltration testing is expected once the Demo-Plant undergoes construction retrofits.

10          e.      Waste handling of selenium and non-selenium containing solids: The

11   processes identified in subparagraphs (b) to (d) above not only result in the recovery of product

12   water but also the production of waste streams.  Some of these waste streams contain selenium

13   and are segregated from waste streams that do not.  Process piping to segregate waste streams

14   containing selenium and those that do not contain selenium has been identified and temporarily

15   routed to locations most suited to receive each waste stream. Mass balance calculations have

16   verified accumulation of selenium on the bioreactor media where concentrations increase

17   sufficiently to render the bioreactor media a hazardous waste. Bioreactor operation would require

18   an economic evaluation to determine optimal operational time required for media replacement

19   frequency and associated disposal costs.

20          f.      Waste handling process:  A retrofit of the waste handling process has been

21   proposed due to solids accumulation in several waste handling tanks. This retrofit has been

22   designed and a solicitation for proposals is expected to be posted by summer 2019.

23          g.      Path forward for the Demo-Plant: To make the waste handling process

24   improvements along with other process and structural improvements at the Demo-Plant,

25   Reclamation shut down the plant on January 1, 2019.  Reclamation determined that it is more

26   cost-effective and efficient to make these improvements concurrently while the plant is offline.

27   The Demo-Plant will be offline for up to a year while these improvements are completed.

28   Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

II.   **SUPPORT FOR ADDITIONAL DRAINAGE PROJECTS**

10.   In addition to reinitiating work under the 2018 Revised Control Schedule, Reclamation has taken a series of drainage-related actions in continued support of the following projects:

a.   Grassland Bypass Project: Reclamation and the San Luis & Delta-Mendota Water Authority ("Authority") continue to implement the 2009 Agreement for the Continued Use of the San Luis Drain ("Third Use Agreement") that allows the Authority to operate the Grassland Bypass Project ("GBP") through December 31, 2019. The GBP is further regulated under Waste Discharge Requirements ("WDR") issued by the California Regional Water Quality Control Board. The primary goal of the GBP is to protect the Grasslands wetlands water supply channels from contamination from agricultural drainwater and storm runoff originating in the Grasslands Drainage Area. Reclamation continues to conduct the GBP environmental monitoring program to measure selenium and salts in the San Luis Drain, Mud Slough (north), Salt Slough, and the lower San Joaquin River to confirm that monthly load values specified in the Third Use Agreement and WDR continue to be met. The Third Use Agreement is set to expire on December 31, 2019 at which time agricultural drainage and storm water will no longer be permitted to discharge into the San Luis Drain. The Grasslands Area Farmers are finalizing a project description and CEQA document for a proposed Forth Use Agreement to convey storm water in the San Luis Drain, which will require Reclamation's review and approval, including environmental and cultural resources compliance.

b.   Continued Implementation of Activities Identified in the Westside Regional Drainage Plan: The following activities have been implemented in support of the Westside Regional Drainage Plan:

i.   Panoche DD continues to implement activities associated with the Westside Regional Drainage Plan, notably the re-use of agricultural drainwater from the Grasslands Drainage Area to irrigate salt-tolerant crops such as pistachios and salt tolerant forage grasses in the San Joaquin River Improvement Project ("SJRIP"). In Water Year 2018, Panoche

Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

1 DD estimates 30,319 acre-feet of drainage water was used to irrigate salt tolerant crops in the

2 SJRIP.  This water displaced 3,596 pounds of selenium and 202,427 tons of salt from Mud

3 Slough and the San Joaquin River.

4    ii. I previously reported on the consequences of a 2017 report by the

5 California State Controller, titled "Panoche Water District, Review Report, Administrative and

6 Internal Accounting Controls, March 1, 2013, through February 28, 2015," and on Reclamation's

7 suspension of grant agreements with Panoche DD for the SJRIP.  ECF 1034-1 ¶ 10(b)(ii).  The

8 suspension remains in effect pending conclusion of an investigation by the Interior Inspector

9 General.  The suspension may affect further development and expansion of the SJRIP

10 infrastructure, but has not affected current operations of the SJRIP as Reclamation's grant

11 agreements do not fund operations of the SJRIP.

12    iii. In an effort to restore funding for the further development and

13 expansion of the SJRIP infrastructure, Reclamation is conferring with representatives of the

14 Grasslands Drainage Area entities regarding options for the future management of drainage

15 service for the Northerly Area Districts.  It is Reclamation's understanding that entities in the

16 Grasslands Drainage Area are working to form a new Joint Powers Authority under the

17 California Government Code that would be representative of all or a substantial portion of the

18 drainage entities in the Grasslands Drainage Area.  This new Joint Powers Authority would

19 oversee current and future drainage activities in the area, including at the SJRIP.  Once formed,

20 the Joint Powers Authority would need to apply for a financial assistance agreement for funding

21 from Reclamation for current and future drainage construction actions.  Reclamation remains

22 optimistic that such an authority will be created and the authority will apply for funding such that

23 Reclamation can restart its funding of drainage construction activities in the Grasslands Drainage

24 Area, including at the SJRIP.

25    iv. In July 2018, the Office of the Inspector General completed its

26 audit of Reclamation's Cooperative Agreement with Panoche DD for the operations of the

27 Demo-Plant.  The audit report identified $20,777 in unsupported costs and $193,814 in

28 Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

1  unallowable costs, for a total of $213,891 in questioned costs.  Reclamation has been working

2  with the Office of the Inspector General and Panoche DD to resolve the audit findings and

3  expects to resolve these audit findings no later than September 2019.

4      I declare under penalty of perjury that the foregoing is true and correct.

5  Signed this 29th day of March 2019, in Placer County, California.

6

7  _____

8                  Alicia Forsythe

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Declaration of Alicia Forsythe
in Support of Federal Defendants'
Status Report of April 1, 2019
1:88-cv-00634-LJO-SKO

           11