## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MICHAEL ETCHEGOINBERRY, *et al*., | )<br>)<br>) No. 11-564 L |
| Plaintiffs, | )<br>) |
|  | ) Senior Judge Marian Blank Horn |
| v. | )<br>) *Electronically filed on* |
| THE UNITED STATES OF AMERICA, | ) *December 27, 2019* |
|  | ) |
| Defendant. | )<br>)<br>) |

## JOINT STATUS REPORT AND MOTION FOR FURTHER STAY OF PROCEEDINGS

Plaintiffs and Defendant United States of America (the "Parties") respectfully submit this Twenty-ninth Joint Status Report regarding the progress of their settlement discussions.  For the reasons stated in this Joint Status Report, the Parties move that the stay of this matter be continued to and including March 27, 2020, and that the Parties file a further Joint Status Report on that date.

1.      On October 2, 2019, this Court issued a further stay of this case until December 27, 2019.  ECF No. 130.  That stay tracked the stay requested (and ultimately granted) in *Westlands Water Dist. v. United States*, Case No. 2013-5069 (Fed. Cir.) ("*Westlands*").  *See* Oct. 23, 2019, Order, *Westlands* (ECF No. 74).

2.      As previously reported, the United States and Westlands Water District ("Westlands") reached a settlement regarding the management of drainage within Westlands' service area ("Settlement Agreement").  This Settlement Agreement would provide the means for resolving all pending claims in this case and in *Westlands,* and may affect the provision of drainage service under orders issued by the district court in *Firebaugh Canal Water Dist., et al. v. United States, et al.,* Case No. 88-cv-634-LJO (E.D. Cal.) ("*Firebaugh*").

1

Case 1:11-cv-00564-MBH   Document 131   Filed 12/27/19   Page 2 of 22

3.     On September 16, 2015, the Federal Defendants in *Firebaugh* reported to the United States District Court for the Eastern District of California that the United States and Westlands executed the Settlement Agreement.  *See* Federal Defendants' Notice of Filing Settlement Agreement, Sept. 16, 2015, *Firebaugh* (ECF No. 1001).  The Settlement Agreement is attached to the Notice of Filing Settlement Agreement and identifies certain provisions of a proposed settlement of the *Etchegoinberry* case.  *See id.*  Implementation of the Settlement Agreement depended on the enactment of authorizing federal legislation.  Legislation authorizing the implementation of the Settlement Agreement was not enacted by January 15, 2017, which had been the deadline for legislative action under the Settlement Agreement.

The United States and Westlands executed an addendum to the Settlement Agreement, extending by one year, to January 15, 2018, the date by which the Settlement Agreement would become voidable by either party if authorizing legislation were not enacted into law.  Legislation authorizing the implementation of the Settlement Agreement was not enacted by January 15, 2018.  Nevertheless, neither the United States nor Westlands has voided the Settlement Agreement.

4.     Because Congress did not pass enabling legislation by the January 15, 2018, expiration of the *Firebaugh* stay, the United States filed a status report indicating that the Bureau of Reclamation ("Reclamation") is returning to implementation of the control schedule. A copy of the declaration the United States filed in *Firebaugh* in support of that status report was attached to the Parties' Twenty-first Joint Status Report (ECF No. 115).  A further status report and accompanying declaration were filed in *Firebaugh* on October 1, 2019, and are attached as Exhibit 1 to this Joint Status Report.  That report states that Reclamation is continuing the development of a comprehensive control schedule that will address in detail the expected project

activities associated with the implementation of drainage service for both Westlands and for districts situated in the San Luis Unit north of Westlands.  Status Report, Ex. 1 ¶ 7.c (attached hereto as Ex. 1).

5.      Because of the developments stated above, the United States and Westlands moved to extend the stay of the *Westlands* action currently pending before the Federal Circuit. On October 23, 2019, the Federal Circuit continued the stay in *Westlands* until December 20, 2019.  Oct. 23, 2019, Order, *Westlands* (ECF No. 74).  On December 20, the *Westlands* parties filed a status report and unopposed motion to continue the stay in that case until March 19, 2020. Dec. 20, 2019, Status Report, *Westlands* (ECF No. 75).  In that filing, the *Westlands* parties report that the parties "have continued to work on [conditions required to implement the parties' settlement agreement that have not yet occurred] in an attempt to reach final resolution."  *Id.* at 1.The Federal Circuit has not yet acted on the motion to extend the stay of the *Westlands* action.

6.      In sum, because Congress has not passed the enabling legislation called for in the Settlement Agreement, Reclamation has returned to implementing the control schedule. Consequently, the Parties and Westlands have been exploring and continue to actively explore ways by which they can attain the benefits of the Settlement Agreement, including the settlement of *Etchegoinberry*.

7.      For the foregoing reasons, the Parties respectfully request that this Court continue the stay of this case for 91 days (i.e., to and including March 27, 2020) so as to allow the Parties to continue to explore ways by which they can attain the benefits of the Settlement Agreement, including the settlement of *Etchegoinberry*.  The Parties propose that they file a Joint Status Report on those efforts and discussions on March 27, 2020.

Dated:  December 27, 2019

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environmental & Natural Resources Division

By  *Eric L. Klein*
Eric L. Klein
Gus B. Bauman
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 789-6000 / Fax: (202) 789-6190
Email: eklein@bdlaw.com
        gbauman@bdlaw.com

By  *Frank J. Singer*
FRANK J. SINGER
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 616-9409
Fax: (202) 305-0506
Email:  frank.singer@usdoj.gov

KERSHAW, COOK & TALLEY PC

*Attorney for the United States*

William A. Kershaw
Lyle W. Cook
401 Watt Avenue
Sacramento, CA 95864
Tel:  (916) 779-7000 / Fax:  (916) 721-2501
Email:  bill@kctlegal.com
        lyle@kctlegal.com

*Counsel for Plaintiffs*

<u>Exhibit 1</u>
to Joint Status Report

# EXHIBIT 1
to Joint Status Report

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

STEPHEN M. MACFARLANE (N.Y. 2456440, D.C. 439139)
Senior Attorney
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA  95814
Telephone: (916) 930-2204
Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov
JEFFREY N. CANDRIAN (Colo. 43839)
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
999 18th St. S. Terrace #370
Denver, CO 80202
Telephone: (303) 844-1382
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT, | ) 1:88-cv-00634-LJO/SKO<br>) 1:91-cv-00048-LJO/SKO<br>) (Partially Consolidated) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) DECLARATION OF<br>) RICHARD A. WELSH<br>) IN SUPPORT OF |
| Defendants, and | ) FEDERAL DEFENDANTS'<br>) STATUS REPORT OF |
| WESTLANDS WATER DISTRICT, *et al.*, | ) OCTOBER 1, 2019<br>) |
| Defendants-in-Intervention. | ) |

Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

1

1     I, Richard A. Welsh, declare as follows:

2     1.    I am the Acting Deputy Regional Director of the Bureau of Reclamation's

3 ("Reclamation") Mid-Pacific Region, based in Sacramento, California.  In my official capacity

4 as Acting Deputy Regional Director, I am charged with assisting the Regional Director in

5 overseeing the management of Reclamation's water projects in an area that encompasses the

6 northern two-thirds of California, most of western Nevada, and part of southern Oregon.  I began

7 serving as the Acting Deputy Regional Director in June 2019 and provide direct oversight of the

8 Klamath and Lahontan Basin Area Offices, as well as supervising technical offices and programs

9 within the region, including the Construction Office and the Divisions of Environmental Affairs;

10 Safety and Emergency Management; Security; Design and Construction; Resources

11 Management; and Planning.  Prior to becoming Acting Deputy Regional Director, I served as the

12 Regional Construction Engineer for the Mid-Pacific Construction Office.  I began my

13 Reclamation career in the Lower Colorado Region in 1985 and relocated to the Mid-Pacific

14 Region in 1991.  I am familiar with the actions undertaken by Reclamation to provide drainage

15 service to the San Luis Unit of the Central Valley Project.  I make this declaration based upon

16 my personal knowledge, and could and would so testify competently if called to do so.

17     2.    In a previous declaration by Ms. Alicia Forsythe, in support of the United States'

18 Status Report of April 1, 2019 (ECF 1034-1), the Court was advised of Reclamation's actions

19 associated with implementation of drainage service in the San Luis Unit, including the

20 implementation of the 2011 Revised Control Schedule and the 2018 Revised Control Schedule

21 submitted on January 19, 2018. *See* ECF 1027-1.  I now provide this further declaration to

22 update the Court on Reclamation's activities in the San Luis Unit since April 1, 2019.

**I.    IMPLEMENTATION OF THE CONTROL SCHEDULE AND THE WESTLANDS SETTLEMENT**

     A.    <u>The Westlands Settlement</u>

     3.    On January 10, 2017, the United States and the Westlands Water District

("Westlands") executed an Addendum to the 2015 Westlands Settlement to extend by one year,

Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

2

1 | from January 15, 2017 to January 15, 2018, the date by which the Westlands Settlement would
2 | become voidable if authorizing legislation were not enacted into law.  ECF 1013-2.  The United
3 | States and Westlands have not sought another extension, but neither the United States nor
4 | Westlands has taken action to void the Settlement.  At this point, no bill has been introduced in
5 | the 116th Congress to authorize the 2015 Westlands Settlement.  Nevertheless, Westlands and the
6 | United States remain engaged in discussions concerning the future of the 2015 Westlands
7 | Settlement.

8 |        B.      Agreement with San Luis Unit Water District

9 |        4.      On April 25, 2017, Reclamation signed the "Agreement between the United
10 | States and the San Luis Water District" ("San Luis WD Drainage Agreement").  Under the terms
11 | of the San Luis WD Drainage Agreement, San Luis Water District ("San Luis WD") would agree
12 | to support amendments to the San Luis Act of 1960, set forth in the San Luis WD Drainage
13 | Agreement, that if enacted would relieve the United States of its obligations under the statute to
14 | provide drainage service to San Luis WD.  San Luis WD would further agree to assume legal
15 | responsibility for the management of drainage within its boundaries, in exchange for certain
16 | consideration requiring approval by Congress.

17 |        5.      As previously reported to the Court (*see* ECF 1034-1 ¶¶ 6), Reclamation awarded
18 | a $3 million dollar financial assistance agreement to San Luis WD on September 5, 2017, in
19 | furtherance of implementation of the San Luis WD Drainage Agreement.  Reclamation and San
20 | Luis WD are working together to develop a new financial assistance agreement.  The final
21 | amount has yet to be determined and Reclamation anticipates this agreement to be awarded in
22 | Fiscal Year 2020.  The new agreement will continue to support the construction of drainage
23 | conveyance and reuse infrastructure within San Luis WD.

24 |        C.      Continued Implementation of the 2018 Revised Control Schedule

25 |        6.      On January 15, 2018, the one-year extension of the partial stay of the partial
26 | judgment and injunctive orders requiring Reclamation to implement drainage service within
27 | Westlands expired.  In preparation for the expiration of the partial stay, Reclamation reviewed

28 | Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

1  and revised the previous control schedule to update and plan for reinitiating drainage activities

2  within Westlands.  On January 19, 2018, Reclamation submitted to the Court the 2018 Revised

3  Control Schedule describing major activities, schedule, and estimated annual funding

4  requirements for the implementation of Phase 1 of drainage service for the Westlands Central

5  sub-unit.  (ECF 1027-1).

6        7.     Since submission of the 2018 Revised Control Schedule, Reclamation has

7  continued with the following project activities:

8        a.    Re-scope Project Needs:  Reclamation, in collaboration with Westlands

9  and the districts situated in the San Luis Unit north of Westlands—San Luis WD, Panoche Water

10  District, and Pacheco Water District (collectively the "Northerly Area Districts")—is collecting

11  and analyzing data to verify and validate the original assumptions and conceptual plans

12  presented in the 2008 Feasibility Study.  In addition to the overall data collection effort,

13  Reclamation has begun design work on the drainage collection, reuse, and conveyance systems

14  for construction Group G, which is part of the Phase 1 implementation of drainage service for the

15  Westlands Central subarea. Conceptual designs are being prepared for the drainage collection

16  laterals, pumping plants, reuse irrigation systems, and drainage conveyance pipelines. Members

17  of Reclamation's design team met with Westlands staff at the Group G construction site in

18  August 2019 to discuss engineering concepts to be used in the facility designs.

19        b.    Westlands Water District Repayment Contract:  Under Reclamation law,

20  construction, operation, and maintenance of agreed upon drainage service features require

21  repayment by Westlands.  Reclamation is currently updating a previous draft of the repayment

22  contract to be shared with Westlands for evaluation and input.  The Mid-Pacific Region of

23  Reclamation also continues to work on a request for a Basis of Negotiation ("BON") consistent

24  with Reclamation Directives and Standards PEC 06-01, requesting the Commissioner delegate

25  the authority to negotiate, sign, and administer the repayment contract to the Regional Director in

26  the Mid-Pacific Region.  The Mid-Pacific Region anticipates sending the request for a BON to

27  Reclamation Policy Office later this year.  The Reclamation Policy Office then completes its

28  Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

1  review and transmits the BON to the Commissioner's Office for approval.  Reclamation

2  resources within the region have been challenging as contracting staff have also been working on

3  contract conversion processes throughout the region.

4                 c.      Comprehensive Control Schedule: Reclamation continues work on a

5  comprehensive control schedule for the entire drainage obligation within both Westlands and the

6  Northerly Area Districts, based on the 2008 Feasibility Study.  Reclamation continues to refine

7  appropriate environmental compliance, land acquisition, design, procurement and construction

8  activities related to implementing drainage.  The comprehensive control schedule is being

9  reviewed and refined in preparation for finalization. After finalization, Reclamation anticipates

10  providing the Comprehensive Control Schedule to the Court and the parties in a supplemental

11  status report.   The comprehensive control schedule is being utilized to guide the design efforts

12  for the construction Group G drainage facilities as part of Phase 1 of Westlands Central.

13  Reclamation's ability to successfully implement the control schedule will be based on the

14  availability of appropriations from Congress.

15        8.      As described in Ms. Forsythe's previous declaration (ECF 1035-1), the San Luis

16  Demonstration Treatment Facility ("Demo Plant") was shut down in January 2019 to retrofit the

17  solid waste handling system.  Reclamation awarded a construction contract for the retrofit work

18  on September 18, 2019 in amount of $1,193,445.00.  The construction contract duration is for

19  nine months and the Demo Plant will remain shut down during construction.   On June 18, 2019,

20  Reclamation's Technical Service Center in Denver started conducting bench-scale tests to 1)

21  simulate full-scale evaporation processes, and 2) optimize membrane processes to inform future

22  pilot testing and identify full-scale optimization opportunities at the Demo Plant once

23  construction retrofits are complete.

24  **II.**     **SUPPORT FOR ADDITIONAL DRAINAGE PROJECTS**

25        9.      In addition to reinitiating work under the 2018 Revised Control Schedule,

26  Reclamation has taken a series of drainage-related actions in continued support of the following

27  projects:

28  Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

1          a.     Grassland Bypass Project: Reclamation and the San Luis & Delta-

2    Mendota Water Authority ("Authority") continue to implement the 2009 Agreement for the

3    Continued Use of the San Luis Drain ("Third Use Agreement") that allows the Authority to

4    operate the Grassland Bypass Project ("GBP") through December 31, 2019. The GBP is further

5    regulated under Waste Discharge Requirements ("WDR") issued by the California Regional

6    Water Quality Control Board.  The primary goal of the GBP is to protect the Grasslands

7    wetlands water supply channels from contamination from agricultural drainwater and storm

8    runoff originating in the Grasslands Drainage Area.  Reclamation continues to conduct the GBP

9    environmental monitoring program to measure selenium and salts in the San Luis Drain, Mud

10    Slough (north), Salt Slough, and the lower San Joaquin River to confirm that monthly load

11    values specified in the Third Use Agreement and WDR continue to be met.  The Third Use

12    Agreement is set to expire on December 31, 2019.  Reclamation is working with the Grasslands

13    Area Farmers on a Long-Term Storm Water Management Plan ("Storm Water Plan") that is

14    planned to be completed by the end of the year.  The Storm Water Plan would allow the

15    Grasslands Area Farmers to continue to use the San Luis Drain to convey storm water induced

16    flows.  Agricultural drainage flows would continue to be managed in the San Joaquin River

17    Improvement Project ("SJRIP") area as described below.

18          b.     Continued Implementation of Activities Identified in the Westside

19    Regional Drainage Plan:  The following activities have been implemented in support of the

20    Westside Regional Drainage Plan:

21          i.     Panoche DD continues to implement activities associated with the

22    Westside Regional Drainage Plan, notably the re-use of agricultural drainwater from the

23    Grasslands Drainage Area to irrigate salt-tolerant crops such as pistachios and forage grasses in

24    the SJRIP.  As of the end of June 2019, Panoche DD estimates 23,333 acre-feet of drainage

25    water was used to irrigate salt tolerant crops in the SJRIP in Water Year 2019.  This water

26    displaced 2,406 pounds of selenium and 207,069 tons of salt from Mud Slough and the San

27    Joaquin River.

28    Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

1     ii. Ms. Forsythe previously reported on the consequences of a 2017

2 report by the California State Controller, titled "Panoche Water District, Review Report,

3 Administrative and Internal Accounting Controls, March 1, 2013, through February 28, 2015,"

4 and on Reclamation's suspension of grant agreements with Panoche DD for the SJRIP.  ECF

5 1034-1 ¶ 10(b)(ii).  The suspension remains in effect pending conclusion of an investigation by

6 the Interior Inspector General.  The suspension may affect further development and expansion of

7 the SJRIP infrastructure, but has not affected current operations of the SJRIP as Reclamation's

8 grant agreements do not fund operations of the SJRIP.

9     iii. In an effort to restore funding for the further development and

10 expansion of the SJRIP infrastructure, Reclamation is conferring with representatives of the

11 Grasslands Drainage Area entities regarding options for the future management of drainage

12 service for the Northerly Area Districts.  Reclamation was briefed on September 4, 2019 and was

13 informed that the Firebaugh Canal Water District, Panoche Drainage District/Panoche Water

14 District, Charleston Drainage District/San Luis Water District, Pacheco Water District, and

15 Camp 13 Drainage District are forming a Joint Powers Authority ("JPA") to provide drainage

16 services relative to the Grassland Basin and the SJRIP, to administer grants from the State of

17 California and to resume the administration of grants from Reclamation in support of drainage

18 projects. The JPA agreement has been approved and is being circulated for signature by the

19 member agencies. The first meeting of the JPA has occurred, and election of the Board

20 Chairman, Vice Chairman, and Secretary has occurred. Also, interim appointments of Interim

21 Managers, Controller and Treasurer have been made.  Currently, the interim Managers are

22 working on organization and a budget for consideration by the Board and expect that a transition

23 of work force will occur by next spring. The necessary JPA paperwork has been submitted to the

24 California Secretary of State and an application has been submitted to Reclamation to resume

25 grants to support the provision of drainage in the Grasslands Drainage Area, including at the

26 SJRIP

27

28 Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

iv.     In July 2018, the Office of the Inspector General completed its audit of Reclamation's Cooperative Agreement with Panoche DD for the operations of the Demo-Plant.  The audit report identified $20,777 in unsupported costs and $193,814 in unallowable costs, for a total of $213,891 in questioned costs.  Reclamation has been working with the Office of the Inspector General and Panoche DD to resolve the audit findings. Reclamation issued Panoche DD a Remedy Notice in August 2019 providing Panoche DD an opportunity to respond to the audit and institute corrective actions.  Reclamation expects to resolve these audit findings no later than December 2019.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 30th day of September 2019, in Sacramento County, California.

_____
Richard A. Welsh

Declaration of Richard A. Welsh
in Support of Federal Defendants'
Status Report of October 1, 2019
1:88-cv-00634-LJO-SKO

8

1   JEAN E. WILLIAMS
    Deputy Assistant Attorney General
2   Environment and Natural Resources Division
    United States Department of Justice
3
    STEPHEN M. MACFARLANE (N.Y. 2456440, D.C. 439139)
4   Senior Attorney
    Environment and Natural Resources Division
5   United States Department of Justice
    501 I Street, Suite 9-700
6   Sacramento, California 95814
    Tel: (916) 930-2204
7   Fax: (916) 930-2210
    Email: Stephen.Macfarlane@usdoj.gov
8
    JEFFREY N. CANDRIAN (Colo. 43839)
9   Trial Attorney
    Environment and Natural Resources Division
10  United States Department of Justice
    999 18th St. S. Terrace #370
11  Denver, CO 80202
    Tel: (303) 844-1382
12  Fax: (303) 844-1350
    Email: jeffrey.candrian@usdoj.gov
13
14  Attorneys for Federal Defendants

15
                    IN THE UNITED STATES DISTRICT COURT
16                 FOR THE EASTERN DISTRICT OF CALIFORNIA

17  FIREBAUGH CANAL WATER DISTRICT and          )   1:88-cv-634-LJO/SKO
    CENTRAL CALIFORNIA IRRIGATION DISTRICT,      )   1:91-cv-048-LJO/SKO
18                                               )   (Partially Consolidated)
                                                 )
19                          Plaintiffs,          )
                                                 )   **FEDERAL DEFENDANTS'**
20  v.                                           )   **STATUS REPORT**
                                                 )   **OF OCTOBER 1, 2019**
21  UNITED STATES OF AMERICA, *et al.*,          )
                                                 )
22                          Defendants, and      )
                                                 )
23  WESTLANDS WATER DISTRICT, *et al.,*          )
                                                 )
24                   Defendants-in-Intervention. )
    _____  )
25
            Federal Defendants in the above-captioned case, through their undersigned attorneys,
26
    respectfully submit this Status Report of October 1, 2019, to provide the Court with an update on
27
    the present status of actions by the Federal Defendants with regard to providing drainage service
28
    to the San Luis Unit ("SLU") of the Central Valley Project ("CVP").  On December 7, 2009, the

1   Court signed a Scheduling Order (ECF 758) that, among other things, directed the Federal

2   Defendants to perform the actions "as the Bureau of Reclamation has proposed to perform

3   them," summarized in Part I of the Parties' Supplemental Status Report of November 18, 2009

4   (ECF 752).  This Status Report focuses on Federal Defendants' activities since April 1, 2019,

5   with respect to those actions.[1]  In support of this Status Report, Federal Defendants submit the

6   Declaration of Richard A. Welsh ("Welsh Decl.").

7   **I.       IMPLEMENTATION OF THE RECORD OF DECISION**

8          As the record in this case reflects, Reclamation in 2009 commenced implementation of its

9   Record of Decision, San Luis Drainage Feature Re-Evaluation (March 2007) ("2007 SLDFRE

10  ROD"), and has been implementing the 2007 SLDFRE ROD in accordance with schedules and

11  cost estimates contained in control schedules provided to the Court and the parties.

12  Implementation of the 2007 SLDFRE ROD is subject to existing authorities and the existing

13  appropriations ceilings under the San Luis Act, Pub. L. 86-488, 74 Stat. 156, and further subject

14  to applicable law and the availability of funds appropriated by the Congress and the Office of

15  Management and Budget.  ECF 752 at 2-3.  Federal Defendants have further explained that

16  construction of any drainage service facilities within Westlands Water District ("Westlands"),

17  including but not limited to the actions set forth in the control schedules, requires Westlands to

18  repay construction costs and to pay operation and maintenance costs of such facilities.  *Id.* at 3.

19         Federal Defendants provided a revised control schedule to the Court on November 4,

20  2011 (*see* ECF 946 at 2-3; ECF 921, 921-1 & Attach.) ("Revised Control Schedule").[2]  This

21  Revised Control Schedule provided for data-gathering, design, and construction, with associated

---

[1] Federal Defendants previously provided the Court with Status Reports dated April 1, 2010 (ECF 761), October 1, 2010 (ECF 812), April 1, 2011 (ECF 864), October 1, 2011 (ECF 912), April 1, 2012 (ECF 946), October 1, 2012 (ECF 962), April 1, 2013 (ECF 963), October 1, 2013 (ECF 967), April 1, 2014 (ECF 974), October 1, 2014 (ECF 980), April 1, 2015 (ECF 1000), October 1, 2015 (ECF 1005), April 1, 2016 (ECF 1011), October 1, 2016 (ECF 1012), April 1, 2017 (ECF 1025), October 1, 2017 (ECF 1026), April 1, 2018 (ECF 1033), October 1, 2018 (ECF 1034), and April 1, 2019 (ECF 1035) on their progress in performing those actions. In addition, Federal Defendants filed a Supplemental Status Report on January 19, 2018, following the expiration of the partial stay previously granted by this Court with regard to drainage activities in Westlands Water District (ECF 1027).

[2] The Federal Defendants' Status Report of April 1, 2012 summarizes the development of the Revised Control Schedule.  *See* ECF 946 at 2-3.

cost estimates, for drainage facilities in a portion of the central sub-unit of Westlands, and for a Demonstration Treatment Plant ("Demo-Plant").  The Demo-Plant is located in the northerly area of the SLU and within the San Joaquin River Improvement Project ("SJRIP"), situated in the Panoche Drainage District ("Panoche DD"), in Firebaugh, California.  Following the expiration of the partial stay on January 15, 2018, Federal Defendants submitted an updated Revised Control Schedule ("2018 Revised Control Schedule") to the Court and the parties, as an attachment to the Supplemental Declaration of Federico Barajas Re: Revised Control Schedule (ECF 1027-1), which accompanied Federal Defendants' Supplemental Status Report (ECF 1027).  As Mr. Welsh explains, the 2018 Revised Control Schedule contains a description of major activities, together with revisions to schedule and estimated annual funding requirements, for the implementation of Phase 1 of drainage service for Westlands' Central sub-unit.  Welsh Decl. ¶ 6.  The latest activities implemented under the 2018 Revised Control Schedule are discussed below.

> **A.     Westlands Settlement and the Drainage Agreement with San Luis Water District.**

On September 16, 2015, Federal Defendants notified the Court that the United States and Westlands had executed a Settlement Agreement ("Westlands Settlement") concerning drainage within Westlands' boundaries.  ECF 1001.  The Westlands Settlement requires the enactment of federal authorizing legislation before it can be implemented.  Federal Defendants have summarized, in prior status reports, the steps they and Westlands have taken in an attempt to secure the enactment of legislation authorizing implementation of this settlement.  *See, e.g.*, ECF 1026 at 3 (Status Report of Oct. 1, 2017); ECF 1033 at 3-4 (Status Report of Apr. 1, 2018); ECF 1034 at 3-4 (Status Report of Oct. 1, 2018).  A bill introduced in the House during the 115th Congress failed to secure a floor vote, and no action was taken in the Senate regarding the Westlands Settlement.  ECF 1034 at 3.  At this time, no bill has been introduced in the 116th Congress to authorize the Westlands Settlement.  The Westlands Settlement, as amended, has by its own terms now become voidable because the necessary authorizing legislation was never enacted. Welsh Decl, ¶ 3.  However, neither Westlands nor the United States have exercised their

1  rights to void the settlement. *Id*. Westlands and the United States remain engaged in discussions

2  concerning settlement. *Id*.

3       Federal Defendants have also previously reported on the negotiation of a separate

4  drainage agreement with the San Luis Water District ("San Luis WD"), one of the districts

5  situated in the SLU north of Westlands. *See, e.g.,* ECF 1033 at 4-5. The parties signed this

6  agreement in April, 2017 ("San Luis WD Drainage Agreement"). Welsh Decl. ¶ 4. Pursuant to

7  the terms of the San Luis WD Drainage Agreement, San Luis WD would agree to support

8  amendments to the San Luis Act of 1960 that, if enacted, would relieve the United States of its

9  obligations under that statute to provide drainage service to San Luis WD. *Id*. In addition, the

10 San Luis WD would agree to assume legal responsibility for the management of drainage within

11 its boundaries, in exchange for certain consideration requiring approval by Congress. *Id*.

12      Reclamation previously awarded a $3 million financial assistance agreement to San Luis

13 WD. *Id*. at ¶ 5. The funds are used to implement the terms of San Luis WD Drainage

14 Agreement. *Id*. San Luis WD's implementation of actions under the financial assistance

15 agreement are ongoing and are expected to be completed in approximately two years.

16 Reclamation and San Luis WD are also working on the terms of a new financial assistance

17 agreement—the amount has yet to be determined—that Reclamation expects will be awarded in

18 Fiscal Year 2020. *Id*. The new funds will continue to support drainage-related infrastructure in

19 the San Luis WD. *Id*.

20      **B.      Continued Implementation of the 2018 Revised Control Schedule.**

21      Since the submission of the 2018 Revised Control Schedule, Mr. Welsh reports that

22 Reclamation is implementing the following project activities:

23      **1. Re-scope project needs**. Reclamation, in collaboration with Westlands, San

24 Luis WD, Panoche Water District, and Pacheco Water District, is collecting and analyzing data

25 to verify that the original assumptions and conceptual plans presented in the 2008 Feasibility

26 Study are still accurate. *Id*. at ¶ 7(a). In addition, Reclamation started design work on the

27 drainage collection, reuse, and conveyance systems for construction Group G, which is part of

28 the Phase 1 implementation of drainage service for the Westlands Central subarea. *Id*. Members

1   of Reclamation's design team also met with Westlands staff in the field in August, 2019, to

2   discuss which engineering concepts to use in the facility designs.  *Id.*

3          **2. Westlands Water District Repayment Contract**.  Under Reclamation law,

4   Westlands is required to repay the United States for the construction, operation, and maintenance

5   of agreed upon drainage service features.  Reclamation is updating a previous draft of the

6   repayment contract to be shared with Westlands for evaluation and input.  *Id.* at ¶ 7(b).

7   Reclamation is continuing work on a Basis of Negotiation consistent with Reclamation

8   Directives and Standards PEC 06-01.  *Id.*  The Basis of Negotiation being prepared by

9   Reclamation's Mid-Pacific Region would request that the Commissioner of Reclamation

10  delegate the authority to negotiate, sign, and administer the repayment contract to the Regional

11  Director in the Mid-Pacific Region.  *Id.*  The Mid-Pacific Region anticipates sending the request

12  for a Basis of Negotiation to the Reclamation Policy Office this fall.  *Id.*  Advancing the

13  repayment contract for drainage has been slowed because Reclamation personnel have also been

14  working on contract conversion requests from contractors throughout the region.  *Id.*

15         **3. Comprehensive Control Schedule**.  Reclamation continues work on a

16  comprehensive control schedule for the entire drainage obligation within Westlands, San Luis

17  WD, Panoche Water District, and Pacheco Water District, based on the 2008 Feasibility Study.

18  *Id.* at ¶ 7(c).  These activities include defining the appropriate environmental compliance and

19  making decisions on land acquisition, design, procurement and construction related to

20  implementing drainage.  *Id.*  Once these activities are finalized, Reclamation anticipates

21  providing the Comprehensive Control Schedule to the Court and the parties in a supplemental

22  status report.  *Id.*  Reclamation's ability to successfully implement the control schedule will be

23  based on the availability of appropriations from Congress.  *Id.*

24         **4. Demonstration Treatment Facility.** The purpose of the San Luis Demo-Plant

25  is to 1) demonstrate and operate the reverse osmosis and selenium biotreatment technologies in

26  order to collect the necessary data for final design of three full-scale drainage treatment

27  components in Westlands, and 2) to evaluate other innovate technologies that may reduce the

28  cost and environmental impacts of implementing drainage.  The Demo-Plant was shut down in

1  January 2019 to retrofit the solid waste handling system. *Id*. at ¶ 8. On September 18, 2019,

2  Reclamation awarded a construction contract for the retrofit work in amount of $1,193,445.00.

3  *Id*. The construction contract duration is for nine months and the Demo-Plant will remain down

4  until construction is complete. *Id*. In connection with the Demo-Plant, on June 18, 2019,

5  Reclamation's Technical Service Center in Denver started conducting tests to 1) simulate full-

6  scale evaporation processes, and 2) optimize membrane processes to inform future pilot testing

7  and identify full-scale optimization opportunities at the Demo Plant once the retrofits are

8  complete. *Id*.

9  **II.     RECLAMATION SUPPORT FOR ADDITIONAL DRAINAGE PROJECTS**

10         In addition to the activities summarized in Section I above, Reclamation has taken

11  additional drainage-related actions:

12         **A.     Activities Associated with the Grassland Bypass Project.**

13         Federal Defendants have summarized in previous status reports Reclamation's activities

14  in support of the Grassland Bypass Project ("GBP"). The GBP uses a segment of the San Luis

15  Drain to remove agricultural drainage from the Grassland Drainage Area under Waste Discharge

16  Requirements ("WDR") established by the Regional Water Quality Control Board. *Id*. at ¶ 9(a).

17  The GBP is designed to protect the water supply channels for the Grasslands wetlands from

18  contamination from agricultural drainwater and storm runoff originating in the Grasslands

19  Drainage Area. *Id*. Reclamation continues to conduct the GBP environmental monitoring

20  program to measure selenium and salts in the San Luis Drain, Mud Slough (north), Salt Slough,

21  and the lower San Joaquin River continue to be met. *Id*. Reclamation is also working with

22  farmers in the Grasslands area on a Long-Term Storm Water Management Plan that is expected

23  to be completed by the end of the year. *Id*. The plan would allow farmers to continue to use the

24  San Luis Drain to convey flows that result from storm runoff. The drainage flows from

25  agriculture would continue to be managed in the SJRIP. *Id*. The SJRIP allows agricultural

26  drainwater from the Grassland Drainage Area, which is high in salt content, to be re-used to

27  irrigate salt-tolerant crops, such as pistachios and forage grasses. *Id*. at 9(b)(i).

28         **B.     Activities Associated With the Westside Regional Drainage Plan.**

1    The Panoche DD continues to implement activities associated with the Westside

2  Regional Drainage Plan and the SJRIP, including specifically the re-use of drainage flows on

3  salt-tolerant crops.  As of the end of June, 2019, Panoche DD estimates that over 23,000 acre-

4  feet of drainage water was used to irrigate salt tolerant crops in the SJRIP, during the 2019 water

5  year.  *Id.*  Mr. Welsh reports that this re-use displaced 2,406 pounds of selenium and 207,069

6  tons of salt from Mud Slough and the San Joaquin River.  *Id.*

7    In a prior declaration, Ms. Alicia Forsythe from Reclamation reported on a 2017 report

8  by the California State Controller, titled "Panoche Water District, Review Report, Administrative

9  and Internal Accounting Controls, March 1, 2013, through February 28, 2015," and on

10  Reclamation's subsequent suspension of grant agreements with Panoche Drainage District for

11  the SJRIP.  ECF 1034-1; Welsh Decl. ¶ 9(b)(ii).  The suspension remains in effect until Interior's

12  Inspector General completes an investigation related to the allegations in the report.  *Id.*

13  Although the suspension could limit additional expansion of the SJRIP infrastructure, so far it

14  has not affected current operations of the SJRIP.  *Id.*  Reclamation's grant agreements do not

15  fund SJRIP operations.  Welsh Decl. ¶ 9(b)(ii).

16    While the investigation is underway, and in an effort to fund further development and

17  expansion of the SJRIP infrastructure, Reclamation is conferring with representatives of the

18  Grasslands Drainage Area entities regarding options for the future management of drainage

19  service for the San Luis WD, Panoche Water District, and Pacheco Water Districts.  *Id.* at ¶

20  9(b)(iii).  Reclamation was advised on September 4, 2019 that the Firebaugh Canal Water

21  District, Panoche DD/Panoche Water District, Charleston Drainage District/San Luis Water

22  District, Pacheco Water District, and Camp 13 Drainage District are forming a Joint Powers

23  Authority ("JPA") to provide 1) drainage services relative to the Grassland Basin and the SJRIP,

24  2) to administer grants from the State of California, and 3) to resume the administration of grants

25  from Reclamation in support of drainage projects.  *Id.*  The JPA agreement received initial

26  approval and the agreement is being circulated for signature by the member agencies.  *Id.*  The

27  Board Chairman, Vice Chairman, and Secretary were elected at the JPA's first meeting.  *Id.*

28  Interim managers have also been appointed and they are working on organizing an initial budget.

1  *Id.* The necessary JPA paperwork has been submitted to the California Secretary of State. *Id.*

2  Furthermore, an application has been submitted to Reclamation to resume grants for drainage-

3  related activities in the Grasslands Drainage Area, including at the SJRIP. *Id.*

4        In July 2018, Interior's Inspector General completed its audit of Reclamation's

5  Cooperative Agreement with Panoche Drainage District for operations of the Demo-Plant. *Id.* at

6  ¶ 9(b)(iv). The audit identified $20,777 in unsupported costs and $193,814 in unallowable costs.

7  *Id.* Reclamation is working with Interior's Inspector General and the Panoche Drainage District

8  to resolve these findings, and expects to do so by December, 2019. *Id.* Reclamation issued

9  Panoche Drainage District a Remedy Notice in August, 2019, which provided Panoche Drainage

10  District with an opportunity to respond to the audit and take corrective actions. *Id.*

11        Respectfully submitted this 1st day of October, 2019, by:

12

13  OF COUNSEL:

                        JEAN E. WILLIAMS
Deputy Assistant Attorney General

14  SHELLY V. RANDEL              Environment and Natural Resources Division
Attorney-Advisor

15  Office of the Solicitor
Department of the Interior       */s/ Jeffrey N. Candrian*

16  Washington, D.C.                STEPHEN M. MACFARLANE
Senior Attorney

17                          Environment and Natural Resources Division

18  AMY L. AUFDEMBERGE       United States Department of Justice
Assistant Regional Solicitor

19  Pacific Southwest Region        501 I Street, Suite 9-700
Department of the Interior       Sacramento, California 95814

20  Sacramento, California         Tel: (916) 930-2204
Fax: (916) 930-2210

21                          Email: Stephen.Macfarlane@usdoj.gov

22                          JEFFREY N. CANDRIAN
Trial Attorney

23                          Environment and Natural Resources Division
United States Department of Justice

24                          999 18th St. S. Terrace #370

25                          Denver, CO 80202
Tel: (303) 844-1382

26                          Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

27

28                          Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2019, I electronically filed the "Federal Defendants' Status Report of October 1, 2019," and the "Declaration of Richard A. Welsh in Support of Federal Defendants' Status Report of October 1, 2019" with the Clerk of Court using the ECF system, which automatically will send email notification to the attorneys of record.

*/s/ Jeffrey N. Candrian*

JEFFREY N. CANDRIAN