# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *  *
MICHAEL ETCHEGOINBERRY, et al.,  *
                                 *
                   Plaintiffs,   *
         v.                      *     No.  11-564L
                                 *     Filed: July 20, 2020
UNITED STATES,                   *
                                 *
                   Defendant.    *
                                 *
* * * * * * * * * * * * * * *  *
```

## O R D E R

The court recently held a status conference with the parties in the above-captioned case. As discussed at the status conference, the plaintiffs shall review their complaint and inform the court by **Friday, July 24, 2020** whether the plaintiffs intend to file an amended complaint. If plaintiffs intend to amend their complaint, the plaintiffs and defendant shall confer and submit a proposed schedule for proceeding or request a status conference by **Friday, July 31, 2020**.

Also, as discussed at the status conference, if the plaintiffs do not amend their complaint, on or before **Monday, August 10, 2020**, the parties shall submit a joint submission that lists citations to ancillary cases to the above-captioned case, as well as a summary of events which form the history of this case. One party my file the joint submission with the consent of the other party reflected in the submission. On or before **Monday, August 17, 2020,** the defendant shall file its answer, and by **Friday, August 21, 2020** the defendant shall file its motion to dismiss pursuant to Rule 12(c) of the Rules of the United States Court of Federal Claims. On or before **Friday, October 2, 2020** the plaintiffs shall file their response, and on or before **Friday, October 16, 2020**, the defendant shall file its reply to the motion. In addition, the court **LIFTS** the stay in the above-captioned case, and discovery shall be suspended until a decision is issued by the court on defendant's motion.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
