**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MICHAEL ETCHEGOINBERRY, *et al*., | No. 11-564 L |
| Plaintiffs, | Senior Judge Marian Blank Horn |
| v. | *Electronically filed on* |
| THE UNITED STATES OF AMERICA, | *July 23, 2020* |
| Defendant. | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's July 20, 2020 Order (ECF 139), Plaintiffs hereby notify the Court that they intend to file an amended complaint in the above-captioned litigation.  Per the Court's July 20 Order, Plaintiffs will confer with counsel for the United States and will either submit a proposed schedule for proceeding or will request a status conference by Friday, July 31, 2020.

Dated: July 23, 2020

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

            /s/  Eric L. Klein
Eric L. Klein
Gus B. Bauman
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 789-6000 / Fax: (202) 789-6190
Email: eklein@bdlaw.com
        gbauman@bdlaw.com

KERSHAW, COOK & TALLEY PC
William A. Kershaw
401 Watt Avenue
Sacramento, CA 95864
Tel:  (916) 779-7000 / Fax:  (916) 721-2501
Email:  bill@kctlegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, a true copy of the foregoing document was served on all counsel of record using the Court's CM/ECF system.


_/s/ Eric L. Klein_
Eric L. Klein