IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ETCHEGOINBERRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 11-564 L <br><br> Senior Judge Marian Blank Horn <br><br> *Electronically filed on July 30, 2020* |

**JOINT PROPOSED SCHEDULE**

Pursuant to this Court's July 20, 2020 Order (ECF 139), Plaintiffs and the United States of America (collectively the "Parties") hereby submit this proposed schedule. By Friday, August 28, 2020 Plaintiffs will file an amended complaint. By Friday, September 25, 2020, the United States of America will file its response. Should the United States of America file a motion to dismiss, the Parties will meet and confer to propose a joint briefing schedule.

| | |
|---|---|
| Dated:  July 30, 2020 | Respectfully submitted, |

BEVERIDGE & DIAMOND, P.C.

s/ *Eric L. Klein*
Eric L. Klein
Gus B. Bauman
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 789-6000 / Fax: (202) 789-6190
Email: eklein@bdlaw.com
            gbauman@bdlaw.com

KERSHAW, COOK & TALLEY PC
William A. Kershaw
401 Watt Avenue
Sacramento, CA 95864
Tel:  (916) 448-9800 / Fax:  (916) 669-4499
Email:  bill@kctlegal.com

*Counsel for Plaintiffs*

Jean E. William
Deputy Assistant Attorney General
Environment & Natural Resources Division

s/ *Frank J. Singer*
FRANK J. SINGER
WILLIAM J. SHAPIRO
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 616-9409
Fax: (202) 305-0506
Email:  frank.singer@usdoj.gov

*Attorneys for the United States*