IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL ETCHEGOINBERRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 11-564 L <br><br> Senior Judge Marian Blank Horn <br><br> *Electronically filed on* <br> *August 7, 2020* |

## JOINT STATUS REPORT

This Court's July 20, 2020 Order (ECF 139) provided that, "if the plaintiffs do not amend their complaint, on or before Monday, August 10, 2020, the parties shall submit a joint submission that lists citations to ancillary cases to the above-captioned case, as well as a summary of events which form the history of this case." On July 23, 2020, Plaintiffs notified the Court that they intend to file an amended complaint. *See* Plaintiffs' Status Report (ECF 140). Accordingly, Plaintiffs and the United States of America plan to provide the above-referenced joint submissions after Plaintiffs file their amended complaint.

Dated:  August 7, 2020                                  Respectfully submitted,


BEVERIDGE & DIAMOND, P.C.                               Jean E. William
                                                        Deputy Assistant Attorney General
                                                        Environment & Natural Resources Division

*s/ Eric L. Klein*                                      *s/ Frank J. Singer*
Eric L. Klein                                           FRANK J. SINGER
Gus B. Bauman                                           WILLIAM J. SHAPIRO
1350 I Street, N.W., Suite 700                          United States Department of Justice
Washington, DC 20005                                    Environment & Natural Resources Division
Tel: (202) 789-6000 / Fax: (202) 789-6190               Natural Resources Section
Email: eklein@bdlaw.com                                 Post Office Box 7611
       gbauman@bdlaw.com                                Washington, D.C. 20044-7611
                                                        Telephone: (202) 616-9409
KERSHAW, COOK & TALLEY PC                               Fax: (202) 305-0506
William A. Kershaw                                      Email:  frank.singer@usdoj.gov
401 Watt Avenue
Sacramento, CA 95864
Tel:  (916) 448-9800 / Fax:  (916) 669-4499             *Attorneys for the United States*
Email:  bill@kctlegal.com

*Counsel for Plaintiffs*